IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARGARITO VILLA, et al.,

    Plaintiffs,

v.                                            CV 09-0976 BB/WPL

DOÑA ANA COUNTY, et al.,

    Defendants.

**ORDER DENYING MOTION TO JOIN NECESSARY PARTIES**

       This matter is before me on Plaintiffs' motion to join necessary parties to this action. (Docs. 63 & 65.) The Plaintiffs seek to join the State of New Mexico and the State Attorney General's Office on the basis that these entities are liable for the actions of a named Defendant, the Animal Cruelty Task Force of New Mexico. (*Id.* at 1.) For the following reason, I deny this motion.

       The Plaintiffs neither state whether their motion is opposed nor indicate whether they sought the concurrence of opposing counsel. The local rules of this Court require that counsel seek concurrence before filing any motion and permit the summary denial of a motion if counsel does not indicate that concurrence was sought. D.N.M.LR-Civ. 7.1(a) ("Movant must determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied."). Because this motion does not indicate that the Plaintiffs determined whether it is opposed, it will be denied.

       IT IS SO ORDERED.

                                                      William P. Lynch
                                                      United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.